USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION                                           No. 4:22-cr-314

USAO Number: 2020R08381

Magistrate Number:

Criminal Information     Filed _____     Judge: **Hanen**

**UNITED STATES of AMERICA**

vs.

**WILLIAM PAUL THOMAS**

ATTORNEYS:

**Jennifer B. Lowery, USA**          **(713) 567-9000**

Heather Winter, AUSA              (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Conspiracy [18 U.S.C. § 371]

**PENALTY:** Ct. 1: Not more than 5 years imprisonment, up to 3 years supervised release, up to a $250,000 fine and $100 special assessment.

☐ In Jail
☐ On Bond
☒ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS:

| | | | | |
|---|---|---|---|---|
| AO257 (USAO Rev. 6/99) | | **Marshal's Office/Clerk's Office** | | PER 18 U.S.C. 3170 |

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

| BY: | ☐ Complaint | ☒ Information | ☐ Indictment | **DEFENDANT - U.S. vs.** |
|---|---|---|---|---|

Name of District Court, and/or Judge/Magistrate Location (City)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

WILLIAM PAUL THOMAS     4:22-314

Address: 2001 Holcombe Blvd., #3106, Houston, Texas 77030

Name and Office of Person Furnishing Information on THIS FORM: Jennifer B. Lowery, USA
☒ U.S. Att'y   ☐ Other U.S. Agency

Birth Date:
☒ Male   ☐ Alien
☐ Female   (if applicable)

Name of Asst. U.S. Att'y (if assigned): Heather Winter

Social Security Number:

**Proceeding**

Name of Complainant Agency, or Person (& Title, if any)

FBI Blanca Sanchez-Gilbert

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Southern District of Texas
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**Defendant**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction   } ☐ Fed'l   ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶

Or . . . if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Ct. 1: Conspiracy [18 U.S.C. § 371]

**Penalties**

Ct. 1: Not more than 5 years imprisonment, up to 3 years supervised release, up to a $250,000 fine and $100 special assessment.