Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| v. | § § | CRIMINAL NO. 4:22-cr-314 |
| **WILLIAM-PAUL THOMAS** | § | UNDER SEAL |

## ORDER

It is *ORDERED* that the Information against the above-named defendant, this order, and the United States' motion to seal shall be sealed until further motion by the government, at which time said instruments automatically shall be unsealed, as to the defendant.

It is FURTHER ORDERED that the United States may provide copies of the sealed Information to other law enforcement organizations, including the Federal Bureau of Investigation and defense counsel, Monique Sparks.

It is *FURTHER ORDERED* that the District Clerk shall provide copies of the sealed Information to the United States Attorney's Office.

Signed on July 01, 2022, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge