UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cr-314 |
|---|---|---|---|

| United States of America |
|---|
| *versus* |
| William Paul Thomas |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicole Lockhart<br>United States Department of Justice<br>Public Integrity Section<br>1301 New York Ave. NW, 10th Floor<br>Washington, DC 20530<br>202-514-0188/Nicole.Lockhart@usdoj.gov/TX 24089271 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: *Nicole Lockhart* |
|---|---|

The ~~state~~ Texas bar reports that the applicant's status is: eligible to practice

Dated: 7/21/2022  Clerk's signature  Quan Daumport, deputy Clerk

**Order**

Dated: 7/25/22

This lawyer is admitted *pro hac vice*.

_____
United States District Judge