IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 26, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Criminal Case No.: 4:22cr314 |
| WILLIAM PAUL THOMAS | § | |

## ORDER

The Court, upon conducting a Federal Rule of Criminal Procedure Rule 11 colloquy pursuant to consent by the Defendant, recommends that the Defendant be found guilty and ORDERS:

1) That the investigation and preparation of the pre-sentence report be completed by **October 24, 2022**.

   PRESENTENCE REPORTS AND RELATED DOCUMENTS ARE FILED UNDER SEAL BY THE PROBATION OFFICE ELECTRONICALLY IN THE COURT'S ELECTRONIC FILING SYSTEM (CM/ECF). THE NOTICE OF ELECTRONIC FILING (NEF) AUTOMATICALLY GENERATED BY THE COURT'S ELECTRONIC FILING SYSTEM NOTIFIES COUNSEL THEIR COPY OF THE REPORT CAN BE RETRIEVED UTILIZING THEIR FILING USER LOG-IN AND PASSWORD ISSUED UPON ADMITTANCE TO THE BAR OF THIS COURT. (SEE ADMINISTRATIVE PROCEDURES FOR ELECTRONIC FILING IN CIVIL AND CRIMINAL CASES). IN EXTENUATING CIRCUMSTANCES, PAPER COPIES MAY BE REQUESTED FROM THE PROBATION OFFICE BY COUNSEL. COUNSEL WILL THEN BE RESPONSIBLE FOR OBTAINING THE PAPER COPY OF THE REPORT AT THE PROBATION OFFICE IN THE CITY OF THE SENTENCING COURT, OR MAKING ARRANGEMENTS WITH THE PROBATION OFFICE FOR ALTERNATIVE DELIVERY, AT COUNSEL'S EXPENSE. THESE ARRANGEMENTS SHOULD BE CONFIRMED IN WRITING WITH THE PROBATION OFFICE. DELIVERY VIA FACSIMILE IS NOT AUTHORIZED. ALTERNATIVE DELIVERY EXTENDS NO TIME LIMITS.

2) Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by **November 7, 2022**. If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

3) After further investigation, the pre-sentence officer shall submit a final report by **November 18, 2022**.

5) This case is set for sentencing hearing on **November 28, 2022 at 8:30 a.m. before United States District Judge Andrew S. Hanen**.

Signed on July 25, 2022 at Houston, Texas.

Andrew S. Hanen
United States District Judge