UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § |
| v. | |
| WILLIAM-PAUL THOMAS | |

CRIMINAL NO. 4:22-314

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through Jennifer B. Lowery, United States Attorney, and Heather Winter, Assistant United States Attorney, for the Southern District of Texas, and moves this Honorable Court to unseal, in the above-captioned case, the Criminal Information.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: /s/ Heather Winter
Heather Winter
Assistant United States Attorney
Federal Bar No. 938852
Texas Bar No. 24050074
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Fax: 713-718-3301