# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § |
| v. | CRIMINAL NO. 4:22-314 |
| WILLIAM-PAUL THOMAS | |

## ORDER UNSEALING CRIMINAL INFORMATION

On this day came on for consideration the Government's Motion To Unseal the Criminal Information, and the Court is of the opinion that said Motion should be, and the same is hereby, **GRANTED**.

**IT IS THEREFORE, ORDERED** that the Criminal Information in the above-captioned case, be unsealed.

Signed on this 3rd day of August, 2022.

**ANDREW HANEN**
**UNITED STATES DISTRICT JUDGE**