United States District Court
Southern District of Texas
**ENTERED**
November 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:22-314 |
| | § | |
| WILLIAM PAUL THOMAS | § | |

## ORDER RESETTING PSI DEADLINES

At the request of Probation and with the agreement of the parties, the Court resets the deadlines in this matter as follows:

1. The investigation and preparation of the pre-sentence report be completed by  **January 13, 2023**

2. Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by  **January 27, 2023**
If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

3. After further investigation, the pre-sentence officer shall submit a final report by  **February 10, 2023**

4. This case is set for sentencing at **8:30 AM** on before United States District Judge Andrew S. Hanen.  **February 21, 2023**

SIGNED at Houston, Texas, this ___15st___ day of November 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE