**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | **CASE NO: 22-CR-00314** |
| vs. | § | |
| | § | |
| **WILLIAM-PAUL THOMAS.** | § | |
| | § | |
| *Defendant* | § | |
| _____/ | § | |

**ORDER ON DEFENDANTS WILLIAM-PAUL THOMAS' UNOPPOSED**
**MOTION TO CONTINUE PRESENTENCE INVESTIGATION DEADLINES AND**
**SENTENCING**

Defendant WILLIAM-PAUL THOMAS' Unopposed Motion to Continue Presentence Investigation Deadlines and Sentencing is hereby:

_____        GRANTED

_____        DENIED

Signed in HOUSTON, Texas on this the ____ day of _____ 2023.

_____
JUDGE ANDREW S. HANEN
United States District Judge