United States District Court
Southern District of Texas
**ENTERED**
January 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:22-314 |
| | § | |
| WILLIAM PAUL THOMAS | § | |

## ORDER RESETTING PSI DEADLINES

Pending before the Court is Defendant's Unopposed Motion to Continue Presentence Investigation Deadlines and Sentencing (Doc. No. 26). The Court GRANTS the motion and enters to following new deadlines:

1. The investigation and preparation of the pre-sentence report
be completed by **February 17, 2023**

2. Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by **March 3, 2023**
If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

3. After further investigation, the pre-sentence officer shall submit a final report by **March 17, 2023**

4. This case is set for sentencing at **8:30 AM** on **March 27, 2023**
before United States District Judge Andrew S. Hanen.

SIGNED at Houston, Texas, this ___5th___ day of January 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE