United States District Court
Southern District of Texas
**ENTERED**
March 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS | § § § | CRIMINAL ACTION NO. 4:22-314 |
| WILLIAM PAUL THOMAS | § | |

## ORDER RESETTING SENTENCING DATE

Pending before the Court is Defendant's Unopposed Motion to Continue Sentencing (Doc. No. 30). The Court GRANTS the motion and enters the following:

After further investigation, the pre-sentence officer shall submit a final report by **June 9, 2023**

This case is set for sentencing at **8:30 AM** on **June 20, 2023** before United States District Judge Andrew S. Hanen.

SIGNED at Houston, Texas, this 21st day of March 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE