United States District Court
Southern District of Texas
**ENTERED**
December 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § *Plaintiff* § § § vs. § § WILLIAM-PAUL THOMAS. § § *Defendant* § § / § | CASE NO: 22-CR-00314 |

### ORDER ON DEFENDANTS WILLIAM-PAUL THOMAS' UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant WILLIAM-PAUL THOMAS' Unopposed Motion to Continue Sentencing is hereby:

__X__   GRANTED   Sentencing set for January 22, 2024 at 8:30 A.M.

_____   DENIED

Signed in HOUSTON, Texas on this the 9th day of December 2023.

JUDGE ANDREW S. HANEN
United States District Judge