## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                       Case Number: 4:22–cr–00314

William Paul Thomas

## NOTICE OF RESETTING

**A proceeding has been set in this case as to William Paul Thomas as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/25/2024

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date: January 18, 2024                                              Nathan Ochsner, Clerk