United States District Court
Southern District of Texas
**ENTERED**
March 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL CASE: 4:22-CR-00314-1 |
| § | |
| WILLIAM PAUL THOMAS § | |

### ORDER TO SURRENDER

The defendant, **William Paul Thomas, USM #12657-510**

having been sentenced to the custody of the Bureau of Prisons, is ORDERED to

surrender on **Tuesday, April 9, 2024 by 2:00 p.m.** to:

BEAUMONT SATELLITE CAMP
5560 KNAUTH RD
BEAUMONT, TX 77705
409-727-8172

SO ORDERED on March _14_, 2024 in Houston, Texas.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE