United States District Court
Southern District of Texas
**ENTERED**
April 09, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | **CASE NO: 22-CR-00314** |
| vs. | § | |
| | § | |
| **WILLIAM-PAUL THOMAS.** | § | |
| | § | |
| *Defendant* | § | |
| _____ / | § | |

## ORDER ON DEFENDANT WILLIAM-PAUL THOMAS'
## UNOPPOSED MOTION TO EXTEND SURRENDER DATE

Defendant, WILLIAM-PAUL THOMAS, seeks to extend his surrender date. The

Unopposed Motion to Extend Surrender Date is GRANTED. Defendant's new surrender date is

extended to ___July 9___, 2024.

IT IS SO ORDERED this ___8th___ day of ___April___, 2024.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1