United States District Court
Southern District of Texas
**ENTERED**
July 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff* § § vs. § § WILLIAM-PAUL THOMAS. § § *Defendant* § _____/ § § | CASE NO: 22-CR-00314 |

### ORDER ON DEFENDANT WILLIAM-PAUL THOMAS' UNOPPOSED MOTION TO EXTEND SURRENDER DATE

Defendant, WILLIAM-PAUL THOMAS, seeks to extend his surrender date. The Unopposed Motion to Extend Surrender Date is GRANTED. Defendant's new surrender date is extended to September 24, 2024.

IT IS SO ORDERED this 10th day of July, 2024.

JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1